JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

JARED JAMES BROWN,

Plaintiff,

v.

TRANS UNION LLC; ESSEX PROPERTY TRUST, INC.

Defendants.

Case No.: CV 23-9293-GW-SSCx

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ESSEX PROPERTY TRUST, INC.**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Essex Property Trust, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant to Essex Property Trust, Inc.

**IT IS SO ORDERED.**

Dated: July 16, 2024



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

1